Fill in this information to identify the case:

Debtor name: **Let's Go Aero, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Berg Hill Greenleaf Ruscitti**<br>1712 Pearl Street<br>Boulder, CO 80302 | | | Disputed Subject to Setoff | | | $448,153.99 |
| **Chris Williams**<br>865 Bowstring<br>Monument, CO 80132 | | Note/Judgment | | | | $163,191.74 |
| **David & Ann Swindell**<br>6 Polo Court<br>Essex, MD 21221 | | Note/Judgment | | | | $36,934.93 |
| **David Roodhuyzen**<br>11255 Lippitt Avenue<br>Dallas, TX 75218 | | Note/Judgment | | | | $15,057.53 |
| **Donna William Juffer**<br>217 Maria Lane<br>Brandon, SD 57005 | | Note/Judgment | | | | $745,336.05 |
| **Douglas & Gail Condon**<br>5365 Hoyt Street<br>Littleton, CO 80123 | | Note/Judgment | | | | $69,751.37 |
| **Floyd Murray**<br>13020 Caraway Drive<br>Sun City West, AZ 85375 | | Note/Judgment | | | | $975,000.00 |
| **Jeff Crank**<br>11227 Shaughnessy Road<br>Colorado Springs, CO 80908 | | Note/Judgment | | | | $139,029.79 |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 1

Debtor  **Let's Go Aero, Inc.**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joe Woodford**<br>205 East Cheyenne Mtn Blvd<br>Colorado Springs, CO 80906 | | Note/Judgment | | | | $78,848.36 |
| **Jordan Machaud**<br>22602 Bridlewood Lane<br>Palo Cedro, CA 96073 | | Note/Judgment | | | | $61,558.22 |
| **Kenneth Crank**<br>92 Marian Drive<br>Pueblo, CO 81004 | | Note/Judgment | | | | $73,869.86 |
| **Lisa Galbraith**<br>3302 Williams Mill Road<br>Maryville, TN 37804 | | Note/Judgment | | | | $19,698.63 |
| **Marty Williams**<br>5565 Teakwood Terrace<br>Colorado Springs, CO 80918 | | Note/Judgment | | | | $35,315.31 |
| **Marty Williams**<br>5565 Teakwood Terrace<br>Colorado Springs, CO 80918 | | | | | | $383,384.29 |
| **Matt Tynan**<br>780 S. Havana Street<br>Aurora, CO 80012 | | Note/Judgment | | | | $14,958.90 |
| **Matthew Murray**<br>NEED ADDRESS | | Note/Judgment | | | | $30,779.11 |
| **Mike Faricy**<br>1745 Oakmoor Heights<br>Colorado Springs, CO 80906 | | Note/Judgment | | | | $446,248.10 |
| **Sara Williams**<br>5565 Teakwood Terrace<br>Colorado Springs, CO 80918 | | | | | | $190,615.34 |
| **Silver & DeBoskey Law**<br>1290 N. Broadway, Suite 1650<br>Denver, CO 80203 | | | **Disputed Subject to Setoff** | | | $17,317.66 |
| **Xpriori, LLC**<br>2864 S. Circle, Suite 401<br>Colorado Springs, CO 80906 | | | **Disputed Subject to Setoff** | | | $500,000.00 |

Official form 204　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy