2:20 PM
11/30/20
Accrual Basis

# Let's Go Aero
# Balance Sheet
### As of November 23, 2020

|  | Nov 23, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100 · Cash | |
| 101 · ANB Operating - 629 | -41,345.32 |
| 101.1 · ANB Electronic 773 | -4,085.43 |
| 108 · Petty Cash | 179.50 |
| **Total 100 · Cash** | -45,251.25 |
| **Total Checking/Savings** | -45,251.25 |
| **Accounts Receivable** | |
| 120 · Accounts Receivable | 40,363.34 |
| **Total Accounts Receivable** | 40,363.34 |
| **Other Current Assets** | |
| 110 · Undeposited Funds | 3,280.45 |
| 112 · Deposits | 3,100.00 |
| 116 · Prepaid Expenses | 18,645.81 |
| 130 · Inventory | |
| 132 · Finished Goods | -93.20 |
| 13400 · Inventory Asset | 601,192.35 |
| 130 · Inventory - Other | -47.50 |
| **Total 130 · Inventory** | 601,051.65 |
| **Total Other Current Assets** | 626,077.91 |
| **Total Current Assets** | 621,190.00 |
| **Fixed Assets** | |
| 140 · Furniture & Fixtures | 20,771.00 |
| 142 · Office/Warehouse Equipment | 38,482.58 |
| 144 · Tooling | 417,763.02 |
| 146 · Leasehold Improvements | 10,259.99 |
| 148 · Accumulated Depreciation | -427,427.50 |
| **Total Fixed Assets** | 59,849.09 |
| **Other Assets** | |
| 150 · Patents & Trademarks | 619,352.50 |
| 152 · Patents & Trademarks Pending | 13,080.00 |
| 154 · Accumulated Amortization | -320,466.28 |
| 160 · Litigation Recovery | 4,650,000.00 |
| **Total Other Assets** | 4,961,966.22 |
| **TOTAL ASSETS** | **5,643,005.31** |

2:20 PM
11/30/20
Accrual Basis

# Let's Go Aero
## Balance Sheet
### As of November 23, 2020

|  | Nov 23, 20 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 106,688.45 |
| **Total Accounts Payable** | 106,688.45 |
| **Other Current Liabilities** | |
| Accrued Purchase Receipts | -17,273.55 |
| 220 · Payroll Taxes Payable | |
| 221 · Colorado Unemployment | 83.54 |
| 223 · Federal Unemployment | 34.85 |
| 224 · Federal Withholding | 1.00 |
| 225 · Medicare - Company | -246.35 |
| 226 · Medicare - Employee | -246.37 |
| 227 · Social Security - Company | 246.29 |
| 228 · Social Security - Employee | 246.37 |
| **Total 220 · Payroll Taxes Payable** | 119.33 |
| 230 · Sales Tax Payable | 345.80 |
| 234 · Accrued Wages | 513,296.87 |
| 244 · Accrued Interest | 544,702.68 |
| 247 · PPP Covid-19 Loan | 55,400.00 |
| **Total Other Current Liabilities** | 1,096,591.13 |
| **Total Current Liabilities** | 1,203,279.58 |
| **Long Term Liabilities** | |
| 260 · Notes Payable | 2,149,886.12 |
| **Total Long Term Liabilities** | 2,149,886.12 |
| **Total Liabilities** | 3,353,165.70 |
| **Equity** | |
| 300 · Common Stock | 15,684.86 |
| 310 · Additional Paid in Capital | 4,703,295.26 |
| 320 · Accumulated Deficit | -6,858,216.65 |
| Net Income | 4,429,076.14 |
| **Total Equity** | 2,289,839.61 |
| **TOTAL LIABILITIES & EQUITY** | **5,643,005.31** |