2:21 PM
11/30/20

# Let's Go Aero
## Statement of Cash Flows
### January 1 through November 23, 2020

|  | Jan 1 - Nov 23, 20 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 4,429,076.14 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 120 · Accounts Receivable | 17,834.90 |
| 112 · Deposits | -100.00 |
| 116 · Prepaid Expenses | -15,957.97 |
| 130 · Inventory | 47.50 |
| 130 · Inventory:13400 · Inventory Asset | -43,584.94 |
| 200 · Accounts Payable | -151,536.24 |
| 210 · Corporate US Bank CC - 1678 | -19,665.01 |
| Accrued Purchase Receipts | 106,292.12 |
| 220 · Payroll Taxes Payable:221 · Colorado Unemployment | 86.57 |
| 220 · Payroll Taxes Payable:222 · Colorado Withholding | -317.00 |
| 220 · Payroll Taxes Payable:223 · Federal Unemployment | 20.65 |
| 220 · Payroll Taxes Payable:224 · Federal Withholding | -290.00 |
| 220 · Payroll Taxes Payable:225 · Medicare - Company | -246.35 |
| 220 · Payroll Taxes Payable:226 · Medicare - Employee | -246.37 |
| 220 · Payroll Taxes Payable:227 · Social Security - Company | -350.29 |
| 220 · Payroll Taxes Payable:228 · Social Security - Employee | -350.21 |
| 230 · Sales Tax Payable | 46.49 |
| 234 · Accrued Wages | 38,461.47 |
| 244 · Accrued Interest | 139,299.93 |
| 247 · PPP Covid-19 Loan | 55,400.00 |
| **Net cash provided by Operating Activities** | 4,553,921.39 |
| **INVESTING ACTIVITIES** | |
| 144 · Tooling | -2,235.00 |
| 148 · Accumulated Depreciation | 13,602.50 |
| 150 · Patents & Trademarks | -16,200.00 |
| 154 · Accumulated Amortization | 15,277.40 |
| 160 · Litigation Recovery | -4,650,000.00 |
| **Net cash provided by Investing Activities** | -4,639,555.10 |
| **FINANCING ACTIVITIES** | |
| 260 · Notes Payable | 73,000.00 |
| 262 · Marty Williams Loan Payable | -29,000.00 |
| **Net cash provided by Financing Activities** | 44,000.00 |
| **Net cash increase for period** | -41,633.71 |
| **Cash at beginning of period** | -337.09 |
| **Cash at end of period** | **-41,970.80** |