2:19 PM
11/30/20
Accrual Basis

# Let's Go Aero
# Profit & Loss
### January 1 through November 23, 2020

|  | Jan 1 - Nov 23, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **400 · Product Sales** | |
| 302 · Trailer | 58,323.62 |
| 405 · Silent Hitch Pin | 256,178.71 |
| **410 · Hitch Products** | |
| 412 · Gear Cage | -100.00 |
| 413 · Gear Deck 17 | 48.95 |
| 414 · Gear Space 34 | -2,859.00 |
| 410 · Hitch Products - Other | 585,808.29 |
| Total 410 · Hitch Products | 582,898.24 |
| 41260 · Coop | -4,517.34 |
| 41270 · Returns & Allowances | -809.22 |
| 41280 · Discounts & Promotionals | -14,767.75 |
| 430 · Bicycle Carriers | 90,241.62 |
| **450 · Trailers** | |
| 454 · Trailer Accessories | -870.23 |
| Total 450 · Trailers | -870.23 |
| 470 · Tents | 16,239.15 |
| 480 · Other | 7,125.71 |
| 485 · Accessories | 77,212.13 |
| 400 · Product Sales - Other | -0.01 |
| Total 400 · Product Sales | 1,067,254.63 |
| 490 · Royalties Income A | 117,245.00 |
| 493 · Services Income | 858.06 |
| 494 · Shipping Income - OB | 32,924.33 |
| 495 · Restocking Income | 449.54 |
| 497 · Other Income | 8,506.45 |
| **Total Income** | 1,227,238.01 |
| **Cost of Goods Sold** | |
| **500 · Product Costs** | |
| 505 · Silent Hitch Pin | 77,140.53 |
| 510 · Hitch Products | 208,649.05 |
| **530 · Bicycle Carriers** | |
| 531 · VeeMe | 32.35 |

2:19 PM
11/30/20
Accrual Basis

# Let's Go Aero
## Profit & Loss
### January 1 through November 23, 2020

|  | Jan 1 - Nov 23, 20 |
|---|---:|
| 530 · Bicycle Carriers - Other | 25,227.90 |
| **Total 530 · Bicycle Carriers** | 25,260.25 |
| 550 · Trailers | |
|     553 · Little Giant | 1,298.10 |
|     554 · Trailer Accessories | 1,841.80 |
|     550 · Trailers - Other | 18,553.91 |
| **Total 550 · Trailers** | 21,693.81 |
| 570 · Tents | 8,871.36 |
| 580 · Other | |
|     581 · Spare Parts | 2,603.17 |
|     580 · Other - Other | 128.80 |
| **Total 580 · Other** | 2,731.97 |
| 583 · Accessories | 20,692.94 |
| 500 · Product Costs - Other | 695.09 |
| **Total 500 · Product Costs** | 365,735.00 |
| 594 · Shipping Costs - OB | 90,862.59 |
| 596 · CO-Op Fees | 2,461.04 |
| 597 · Other Costs | 1,700.37 |
| 598 · Inventory Adjustment | 2,823.59 |
| **Total COGS** | 463,582.59 |
| **Gross Profit** | 763,655.42 |
| Expense | |
|     600 · Wages | 100,347.64 |
|     601 · Officer Wages | 138,769.17 |
|     602 · Officer Wages Other-Accrued | 38,461.47 |
|     605 · Bonus & Commissions | 1,441.31 |
|     610 · Payroll Taxes | |
|         611 · Colorado Unemployment | 1,092.15 |
|         612 · Federal Unemployment | 350.39 |
|         613 · Medicare | 2,843.11 |
|         614 · Social Security | 15,449.05 |
|         610 · Payroll Taxes - Other | -1.00 |
| **Total 610 · Payroll Taxes** | 19,733.70 |
| 650 · Rent | 71,087.84 |
| 651 · Warehousing Expenses | 27,841.39 |

2:19 PM
11/30/20
Accrual Basis

# Let's Go Aero
## Profit & Loss
### January 1 through November 23, 2020

|  | Jan 1 - Nov 23, 20 |
|---|---:|
| 655 · Utilities | 3,109.97 |
| 660 · Telecom Charges | 3,969.39 |
| 665 · Insurance | 2,380.00 |
| 700 · Consulting Fees | 2,441.51 |
| 703 · Research and Development | 7,360.03 |
| 705 · Legal Fees | 198,676.96 |
| 710 · Patent & Trademark Expense | 4,700.00 |
| 715 · Other Professional Fees | 12,025.87 |
| 725 · Travel | 10,381.88 |
| 735 · Meals | 72.35 |
| 750 · Advertising | 3,332.90 |
| 765 · Tradeshows | 619.28 |
| 770 · Website | 5,657.72 |
| 800 · Computer HW | 2,672.56 |
| 820 · Warehouse Maint & Supplies | 16,376.82 |
| 821 · Vendor Service | 51.60 |
| 825 · Assembly Supplies | 11,581.72 |
| 900 · Office Expense | 12,351.48 |
| 905 · Postage & Shipping | 4,458.54 |
| 910 · Dues & Subscriptions | 20.00 |
| 911 · Software expense | 1,227.94 |
| 915 · Bank Fees | 2,536.93 |
| 916 · Credit Card Fees | 16,609.33 |
| 920 · E-Commerce Fees | 48,722.23 |
| 925 · Permits, Licenses, Local taxes | 1,291.40 |
| 930 · Interest Expense | 146,914.81 |
| 935 · Depreciation | 13,602.50 |
| 940 · Amortization Expense | 15,277.40 |
| 950 · Discounts | 4,010.55 |
| 955 · Warranty Expense | 1,600.00 |
| 965 · Loss on Disposal of Assets | 338.00 |
| 970 · Other Expense | 32,525.09 |
| **Total Expense** | 984,579.28 |
| **Net Ordinary Income** | -220,923.86 |
| Other Income/Expense | |
|   Other Income | |
|     980 · Litigation Recovery Estimates | 4,650,000.00 |
| **Total Other Income** | 4,650,000.00 |

**2:19 PM**
**11/30/20**
**Accrual Basis**

# Let's Go Aero
## Profit & Loss
### January 1 through November 23, 2020

|  | Jan 1 - Nov 23, 20 |
|---|---:|
| **Net Other Income** | 4,650,000.00 |
| **Net Income** | **4,429,076.14** |