# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17582-MER |
| LET'S GO AERO, INC. ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## XPRIORI, LLC'S JOINDER TO OBJECTION TO CONFIRMATION OF PLAN FILED BY FORCOME LTD., URIAH PRODUCTS, LLC, AND GANG WANG

XPriori, LLC, a creditor of the debtor ("XPriori"), by and through its attorneys, Kutner Brinen, P.C., hereby joins the Objection to Confirmation of the Debtor's subchapter V plan at Docket No. 98, and as grounds therefore, states as follows:

1. The Debtor, Let's Go Aero, Inc. ("Debtor") filed its voluntary petition under subchapter V of Chapter 11 on November 23, 2020.

2. XPriori is a creditor of the Debtor, holding an unsecured claim in the principal sum of $654,084.19, which claim was filed as Claim No. 3-1.

3. Debtor filed its subchapter V plan on February 11, 2021 (the "Plan").

4. Forcome, LTD., Uriah Products, LLC, and Gang Wang objected to the Plan at Docket No. 98 (the "Objection").

5. XPriori joins in the Objection.

DATED: March 19, 2021                               Respectfully submitted,

                                                                By:/s/ *Jonathan M. Dickey*
                                                                 Jonathan M. Dickey, #46981
                                                                KUTNER BRINEN, P.C.
                                                                1660 Lincoln Street, Suite 1720
                                                                Denver, CO 80264
                                                               jmd@kutnerlaw.com
                                                                Telephone: 303-832-3047

## CERTIFICATE OF SERVICE

   I certify that on March 19, 2021, I served a complete copy of the foregoing **XPRIORI, LLC'S JOINDER TO OBJECTION TO CONFIRMATION OF PLAN FILED BY FORCOME LTD., URIAH PRODUCTS, LLC, AND GANG WANG** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Patrick M. Haines, Esq.
1712 Pearl Street
Boulder, CO 80302

David Wadsworth, Esq.
Lindsay Riley, Esq.
258 West Main Street
Suite 200
Littleton, CO 80120

Michael D. Fielding, Esq.
4801 Main Street
Suite 1000
Kansas City, MO 64112

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**

Steven W. Kelly, Esq.
S&D Law
1290 North Broadway
Suite 1650
Denver, CO 80203

Shaun A. Christensen, Esq.
Miller & Law, P.C.
1900 West Littleton Blvd.
Littleton, CO 80120

Mark David Dennis
SL Biggs, a Division of SingerLewak, LLP
2000 South Colorado Blvd.
Tower 2, Suite 200
Denver, CO 80222